[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11989

Non-Argument Calendar

_____

KENA L. STENNIS-MARINO,

Plaintiff-Appellant,

*versus*

NOLAN P. MARINO,
TYSIANNA MARINO,
KRISTIE MARINO,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

2                    Opinion of the Court                    24-11989

D.C. Docket No. 1:23-cv-00483-KD-B

_____

Before NEWSOM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Appellant's notice of appeal, filed on June 17, 2024, is untimely to appeal from the district court's March 11, 2024 final order and judgment. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.